**Stephen M. JORDAN, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,
Respondent.**

**No. 02–3067.**

United States Court of Appeals,
Federal Circuit.

March 21, 2002.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for reviewbe, and the same hereby is, DIS-